```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ARIEL PEREZ,                                      :
                                                  :
                            Plaintiff,            :
            -against-                             :
                                                  :      22-CV-0168 (VEC)
                                                  :
OMNILEARN CORP. and JANE POWEL,                   :      ORDER
                                                  :
                            Defendants.           :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS a pre-trial conference was scheduled for October 21, 2022;

   IT IS HEREBY ORDERED that, due to a scheduling conflict, the pre-trial conference is ADJOURNED to **Friday, October 28, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.


**SO ORDERED.**

Date:  October 20, 2022
       New York, New York                         **VALERIE CAPRONI**
                                                  **United States District Judge**