```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #:_____
                                        DATE FILED:  10/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARIEL PEREZ,                                 :
                                             :
                          Plaintiff,         :
                                             :
            -against-                        :
                                             :          22-CV-0168 (VEC)
                                             :
OMNILEARN CORP. and JANE POWEL,              :          ORDER
                                             :
                                             :
                          Defendants.        :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for a pre-trial conference on October 28, 2022.

    IT IS HEREBY ORDERED that, as discussed at the conference, Defendants must send

Plaintiff a letter by end-of-business today, **October 28, 2022**, indicating which documents

remain to be produced by Plaintiff.

    IT IS FURTHER ORDERED that motions *in limine* are due by no later than **January 27,**
**2023**; the deadline for responses, if any, is **February 10, 2023**.  The parties' Joint Pre-Trial

Order must be submitted by no later than **January 27, 2023**, and must comport with the

Undersigned's Individual Practices.

    IT IS FURTHER ORDERED that a Final Pretrial Conference will be held on **March 14,**
**2023 at 2:30 p.m.**  Trial and jury selection will commence on **Monday, March 20, 2023 at**
**10:00 a.m.**  Both the Final Pretrial Conference and jury selection will be held in Courtroom 443

of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The

Court will refer the parties to their assigned Magistrate Judge by separate order.

**SO ORDERED.**

**Date:  October 28, 2022**
          **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**